**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2590**

---

WILLIAM F. ALLEN, JR.,

                                    Plaintiff - Appellant,

        versus

TIME WARNER CABLE, et al.; HOWARD STERN SHOW;
JERRY SPRINGER SHOW; CHANNEL 12, WBOY, INCOR-
PORATED CORPORATION, et al.; CHANNEL 5, WDTV,
WITHE-BROADCASTING LOCAL STATIONS; NBC NET-
WORK; CBS NETWORK,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Northern Dis-
trict of West Virginia, at Clarksburg.  Robert Earl Maxwell, Senior
District Judge.  (CA-99-177-1)

---

Submitted:  January 13, 2000          Decided:  January 19, 2000

---

Before WIDENER, WILKINS, and LUTTIG, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William F. Allen, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William F. Allen, Jr., appeals the district court's order dismissing his civil action as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Allen v. Time Warner Cable</u>, No. CA-99-177-1 (N.D.W. Va. Nov. 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>